CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN F. FARKAS (CABN 308811)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7223
FAX: (415) 436-7234
Benjamin.farkas@usdoj.gov

Attorneys for United States of America

FILED

Apr 29 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3-26-mj-70610 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| PAUL KEANUENEUE-NICHOLAS MARTIN, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on April 29, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached as Exhibit A) issued upon an Indictment pending in the Northern District of Oklahoma, Case Number 26-CR-480027 JDR.

In that case (copy of indictment attached as Exhibit B), the defendant is charged with a violation of Title 18, United States Code, Section 2422(b). In particular, it is alleged that, on or June 21, 2025 to on or about July 31, 2025, in the Northern District of Oklahoma and elsewhere, the defendant used any facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce entice, and coerce, MV. a child who had not attained the age of 18 years, to

v. 8/29/2025

engage in any sexual activity for which any person could be charged with a criminal offense.

The maximum penalties are as follows:

10 years to life imprisonment

5 years to life term of supervised release;

$250,000 fine;

$100 special assessment.

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: April 29, 2026

          */s/ Benjamin F. Farkas*
 BENJAMIN F. FARKAS
Assistant United States Attorney

v. 8/29/2025