UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

v.

PAUL KEANUE-NICHOLAS MARTIN

Defendant

.

Case No.3:26-mj-70610-MAG

Charging District's Case Number:

26-CR-0027 JDR

## RULE 5 COMMITMENT TO ANOTHER DISTRICT

The defendant was arrested and appeared in the Northern District of California on May 4, and 5, 2026, respectively, pursuant to Rule 5 Notice.  Defendant retained counsel and on May 5, 2026, the Defendant appeared in this Court for an identity hearing and detention hearing. Defendant waived the identity hearing and admitted he was the person named in the Rule 5 Notice.  The United States moved for detention on both flight risk and danger to community.  At Defendant's request, the Detention Hearing was continued until May 11, 2026, and time was excluded under the Speedy Trial Act.

On May 11, 2026, the Defendant appeared before the Hon. Magistrate Judge Thomas Hixson.  Defendant's mother and stepfather appeared via Zoom.  The Court determined that conditions of release could be set in accordance with the recommendation made by pretrial services as modified by the Court.  The release conditions include: a $100,000 personal recognizance bond with his mother and stepfather agreeing to be sureties and giving Magistrate Judge Hixson permission to sign on their behalf.  Additional conditions were set including but not limited to the following:

Defendant would be released to a Halfway House;

His travel would be restricted to the NDCA and ND Oklahoma.

He would be on location monitoring.

He would be supervised by Pretrial Services;

He can only leave the Halfway House for attorney visits, court appearances and other activities approved by Pretrial Services;

No contact indirectly or directly with any minor;

Restrictions on his access to the internet; and

He must travel with his attorney (or a person from his attorney's office) for his initial appearance in Oklahoma.

The Defendant was ordered to be released and was instructed to appear in the Northern District of Oklahoma on May 20, 2026, at 2:30 pm., before Magistrate Judge Jayne on the 3rd floor of the Page Belcher Federal Building located at 333 W. 4th Street, Tulsa, Oklahoma 74103. Time was excluded from May 11, 2026, to May 20, 2026, under the Speedy Trial Act.

The Marshal in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of this court's Order transferring jurisdiction to the ND Oklahoma once the Defendant appears in that District for his initial appearance.  The clerk of this district must promptly transmit the papers and the conditions of release to the charging district. The Court noted that any modifications of the instant conditions can be made in the ND Oklahoma.

**IT IS ORDERED.**

Dated: May 11, 2026

_____
Hon. THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2