DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant Paul Martin

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | Case No. 3:26-mj-70610-MAG |
| | § | |
| v. | § | Hon. Thomas S. Hixson |
| | § | |
| PAUL KEANUENEUE-NICHOLAS MARTIN, | § | |
| | § | |
| Defendant. | § | |

**STIPULATED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Defendant Paul Keanueneue-Nicholas Martin, by and through his attorney David Rizk, and the United States, by and through Assistant United States Attorney Jeffery Bornstein, hereby jointly stipulate and respectfully move this Court for an order modifying the terms under which Mr. Martin shall make his initial appearance in the Northern District of Oklahoma, as set forth below. The logistical changes are proposed due to inclement weather and flight delays that prevented Mr. Martin from traveling with his counsel tomorrow, as ordered. All other conditions of release will remain in full force and effect.

**I.      Background**

On May 11, 2026, the Court conducted Rule 5 proceedings and a detention hearing in this matter. The Court denied the Government's motion for detention and ordered Mr. Martin released on a $100,000 unsecured appearance bond, with two co-signers, subject to numerous conditions of pretrial release. (ECF Nos. 8, 10.) The Court continued the case to May 20, 2026 at 2:00 p.m. for an initial appearance in the Northern District of Oklahoma. (ECF No. 8.)

The conditions of release include the following handwritten special condition (the "Travel-With-Counsel Condition"):

> *His counsel shall travel with the defendant for court from N.D. CA*
> *to N.D. Oklahoma.*

(ECF No. 10, Order Setting Conditions of Release and Appearance Bond.). With the agreement of the parties, the Court also ordered Mr. Martin to appear for his initial appearance in the Northern District of Oklahoma on May 20, 2026. (*Id.*)

All other conditions of pretrial release remain unchanged and continue in full force and effect, including: supervision by U.S. Pretrial Services; surrender of passports and travel documents; the prohibition on contact with minors; the limitation to a single internet-capable device subject to internet monitoring; participation in substance abuse and mental health treatment as directed; residence at the halfway house identified by the Court; and the requirement that Mr. Martin submit to location monitoring as directed by Pretrial Services.

As of today's date, Mr. Martin is in compliance with all of his conditions of release.

## II.    Basis for the Requested Modification

Mr. Martin's defense counsel's offices in the charging district are located in Tulsa, Oklahoma and Oklahoma City, Oklahoma. To comply with the Travel-With-Counsel Condition, defense counsel Josh Welch booked travel to fly from Oklahoma City to San Francisco in advance

of Mr. Martin's scheduled May 20, 2026 initial appearance in the Northern District of Oklahoma, with the intention of personally accompanying Mr. Martin on his return travel to that district.

Severe weather has resulted in the cancellation and rebooking of counsel's flights. After exhausting reasonably available routings, defense counsel has confirmed that, owing to ongoing delays and the absence of direct service between Oklahoma City and San Francisco, it is not possible for counsel to reach San Francisco and accompany Mr. Martin to the Northern District of Oklahoma in time for the currently scheduled initial appearance on May 20, 2026. The parties are therefore proposing (1) that Mr. Martin travel on his own to Oklahoma; and (2) that he be ordered to appear instead on Friday, May 22, 2026.

Concurrently with this stipulation, the parties are filing in the Northern District of Oklahoma an *Unopposed Motion to Continue Initial Appearance* seeking to continue the initial appearance to May 22, 2026. Even with a brief continuance, the weather-related disruption to counsel's travel makes it impracticable for counsel physically to accompany Mr. Martin on his outbound flight from the Northern District of California. The parties therefore jointly request a narrow modification of the Travel-With-Counsel Condition that will allow Mr. Martin to travel directly from the Northern District of California to the Northern District of Oklahoma, where counsel will meet him in advance of the initial appearance.

The proposed modification is narrowly tailored and is consistent with the Court's findings on May 11, 2026 that a combination of conditions — short of detention — will reasonably assure Mr. Martin's appearance and the safety of the community. *See* 18 U.S.C. § 3142(c). Mr. Martin will continue to be subject to (a) location monitoring directed by Pretrial Services; (b) the requirement that he report to the designated halfway house upon arrival in the Northern District of Oklahoma; (c) the prohibition on contact with minors; (d) the single-device internet restriction and

internet monitoring; and (e) all other conditions previously imposed. Further supporting the proposed modification, Mr. Martin has demonstrated complete compliance with all of the stringent conditions imposed on him, demonstrating that he will continue to abide by the Court's orders, including the prohibition on the use or possession of any Internet-enabled device other than a monitored Android cellphone while he is in transit from California to Oklahoma.

Counsel has notified the supervising U.S. Pretrial Services Officer of the requested modification. Pretrial Services does not object to the modifications proposed herein.

Finally, and as set forth below, the defendant agrees to exclude time under the Speedy Trial Act from May 20, 2026 through May 22, 2026.

**III.   Stipulation and Proposed Modification**

Accordingly, the parties hereby STIPULATE, and jointly move the Court to ORDER, as follows:

**A.**   The defendant is ORDERED to appear in the Northern District of Oklahoma before Judge Jayne on Friday, May 22, 2026, at 2:00 p.m. on the 3rd Floor of the Page Belcher Federal Building, 333 W. 4th Street, Tulsa, Oklahoma, 74103.

**B.**   The Travel-With-Counsel Condition set forth in the Order Setting Conditions of Release and Appearance Bond (ECF No. 10) — "His counsel shall travel with the defendant for court from N.D. CA to N.D. Oklahoma" — is hereby **SUSPENDED** with respect to Mr. Martin's one-time travel from the Northern District of California to the Northern District of Oklahoma for his initial appearance.

**C.**   In lieu of traveling with counsel, Mr. Martin shall:

   **i.**   Provide his complete travel itinerary (carrier, flight numbers, departure and arrival times, and final destination) to U.S. Pretrial Services in the Northern District of California and to U.S.

Pretrial Services in the Northern District of Oklahoma not less than four (4) hours prior to departure;

ii.   Travel by the most direct reasonably available routing from San Francisco International Airport (or such alternate airport in the Northern District of California as Pretrial Services approves) to Tulsa International Airport (or such alternate airport in the Northern District of Oklahoma as Pretrial Services approves), with no unscheduled stops other than connecting flights identified in the itinerary;

iii.  Remain in continuous compliance with the location monitoring requirement and all other conditions of release while in transit;

iv.   Have no contact, directly or indirectly, with any minor, including during travel; and

v.    Report in person to undersigned counsel and to U.S. Pretrial Services in the Northern District of Oklahoma promptly upon arrival, and in any event prior to the initial appearance.

D.    The parties further stipulate that the time between May 20, 2026, and May 22, 2026, be excluded for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv), and due to the transfer of jurisdiction to the originating district, pursuant to 18 U.S.C. § 3161(h)(1)(E). The parties further agree, and ask the Court to find, that the requested exclusion of time is in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

E.    All other conditions of release set forth in the Bond and Release Order, ECF No. 10, remain in full force and effect.

//

//

//

IT IS SO STIPULATED.

May 19, 2026                    RIZK & SHEARER LLP
Date

                                              /S
                               DAVID W. RIZK
                               Counsel for Mr. Martin


May 19, 2026                    CRAIG MISSAKIAN
Date                           United States Attorney
                               Northern District of California

                                              /S
                               JEFFREY BORNSTEIN
                               Assistant United States Attorney


IT IS SO ORDERED.


May 19, 2026
Dated                          HON. THOMAS S. HIXSON
                               United States Magistrate Judge